IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scruggs, Mary

Printed: 4/8/08

Case Number: 04 B 03184
Judge: Hollis, Pamela S
Filed: 1/28/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 14, 2008
Confirmed: March 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 33,270.00 |  |
| Secured: |  | 21,197.42 |
| Unsecured: |  | 6,748.53 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 1,652.62 |
| Other Funds: |  | 1,371.43 |
| Totals: | 33,270.00 | 33,270.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,300.00 | 2,300.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 12,533.67 | 12,533.67 |
| 4. | Key Bank USA National Association | Secured | 8,720.93 | 8,663.75 |
| 5. | ECast Settlement Corp | Unsecured | 456.71 | 456.71 |
| 6. | RoundUp Funding LLC | Unsecured | 187.94 | 187.94 |
| 7. | ECast Settlement Corp | Unsecured | 4,488.83 | 4,488.83 |
| 8. | ECast Settlement Corp | Unsecured | 551.44 | 551.44 |
| 9. | Key Bank USA National Association | Unsecured | 259.65 | 0.00 |
| 10. | Credit First | Unsecured | 523.96 | 523.96 |
| 11. | Resurgent Capital Services | Unsecured | 145.44 | 145.44 |
| 12. | Capital One | Unsecured | 394.21 | 394.21 |
|  |  |  | $ 30,562.78 | $ 30,245.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 129.78 |
| 4% | 111.19 |
| 6.5% | 369.09 |
| 3% | 64.25 |
| 5.5% | 353.44 |
| 5% | 107.10 |
| 4.8% | 200.46 |
| 5.4% | 317.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Scruggs, Mary | Case Number:  04 B 03184 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  1/28/04 |

$ 1,652.62

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*